# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JORGE GARCIA-LEYVA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CHAD MILLER, Warden, )<br>)<br>Respondent. ) | Case No. CIV-14-719-M |

## ORDER

On August 4, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by August 25, 2014. On August 15, 2014, petitioner filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on August 4, 2014, and

(2) DENIES the Petition for a Writ of Habeas Corpus

**IT IS SO ORDERED this 28th day of August, 2014.**

_/s/ Vicki Miles-LaGrange_
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE